UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

**Civil Action No. 23-CV-**

MOHAMED RAGAB

Plaintiff,

v.

ISPACE, INC., a Japanese Corporation, ISPACE TECHNOLOGIES U.S., INC., a Delaware Corporation, TAKESHI HAKAMADA, a Japanese Citizen, JUMPEI NOZAKI, a Japanese Citizen and RYO UJIIE, a Japanese Citizen.

Defendants.

---

**SUMMONS- DEFENDANT ISPACE TECHNOLOGIES U.S. INC**

---

TO:   Defendant ispace Technologies U.S., Inc.

c/o Daniel Hinson

3001 Brighton Blvd, Suite 153,

Denver, CO 80216

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.

The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>Sami Ragab and Kaylea Waechter
>Ragab Law Firm, P.C.
>700 17th St. Ste. 650
>Denver, CO 80202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Respectfully submitted,

>*/s/ Kaylea Waechter*
>Kaylea Waechter, #49961
>Sami M. Ragab, #49537
>sami@ragablawfirm.com
>kaylea@ragablawfirm.com
>RAGAB LAW FIRM, P.C.
>700 17th St, Suite 650
>Denver, CO 80202
>(303) 564-7313
>COUNSEL FOR PLAINTIFF