# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action Number: 1:23-cv-01789-NYW-STV

MOHAMED RAGAB,

    Plaintiff,

v.

ISPACE INC., a Japanese Corporation, ISPACE TECHNOLOGIES U.S., INC., a Delaware Corporation., TAKESHI HAKAMADA, a Japanese citizen, JUMPEI NOZAKI, a Japanese Citizen and RYO UJIIE, a Japanese Citizen.

    Defendants.

## DECLARATION OF RONALD J. GARAN JR. IN SUPPORT OF MOTION TO DISMISS

I, Ronald J. Garan JR., state as follows:

1. I am over the age of 18. I make this declaration based on my personal knowledge. If necessary, I could testify competently as to the matters set forth herein.

2. I am the Chief Executive Officer of ispace technologies U.S., inc. ("ispace U.S."), a defendant in this matter.

3. ispace U.S.'s principal office is in Centennial, Colorado, at 12876 E. Adam Aircraft Circle, Englewood, Colorado, 80112.

4. I work at the Centennial, Colorado office, and know who has that office as their usual workplace.

5. The Centennial office of ispace U.S. is not the usual workplace of Takeshi Hakamada, Jumpei Nozaki, or Ryo Ujiie. As the amended complaint alleges, those individuals work in Tokyo, Japan.

1



Ex. 1

6. Messrs. Takeshi Hakamada, Jumpei Nozaki, and Ryo Ujiie are not employed by ispace U.S.

7. I am not employed by defendant ispace, inc., which is a Japanese corporation. I am not an officer, managing agent, or general agent of ispace inc. I am not the Chief Executive Officer of ispace, inc. I am not authorized to receive service of process for ispace, inc.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 5th day of September, 2023.

DocuSigned by:
*Ron Garan*
A2A3FDB746AA4C1...

_____
Ronald J, Garan Jr.