## Employment Agreement

ispace, Inc. (hereinafter the "**Company**"), located at Iikurakatamachi Annex Bldg. 6F,3-1-6 Azabudai, Minato-ku, Tokyo, Japan, and Dr. Mohamed Ragab (the "**Employee**") having his residence at 5836 S. Florence St., Greenwood Village, CO 80111, USA, hereby agree as follows (this "**Agreement**"):

Article 1      (Employment)
Upon the terms and subject to the conditions of this Agreement, the Company hereby employs the Employee and the Employee hereby accepts such employment by the Company.

Article 2      (Employment Term)
1. The term of employment shall be for 1 (one) year commencing from August 22, 2016 (the "**Employment Term**"). The Employment Term shall be extended an additional 2 (two) years as long as the Company is solvent.
2. This Agreement and the employment conditions may be subject to further renewal with mutual agreement of the Company and the Employee, upon comprehensively considering the Company's performance and business conditions and Employee's business ability and performance.

Article 3      (Job Description)
1. The Employee shall be employed by the Company in the position of Vice President of Spacecraft Development at Tokyo Japan.  The Employee shall be assigned the following duties:
    A) Lead and manage spacecraft including micro lunar lander and transportation system development
    B) Develop strategic planning for the direction and control of spacecraft development activities
    C) Formulate long-term objectives and standards for the performance of ispace spacecraft systems
    D) Be a student of current industry trends, ensuring that the company maintains and expands its technology leadership position
    E) Motivate staff and provide technical direction and guidance as well as hands-on project management, recognizing the role as that of both manager and support

TH. MR.

Ex. 2

      resource / mentor
- F) Prioritize and allocate budget and resources to meet scheduled commitments
- G) Ensure that spacecraft development is focused on meeting and exceeding the customer requirements
- H) Maintain strong communications about project status to the executive team and board of directors and effectively partner with members of the executive team to balance and achieve company goals
- I) Optimize each milestone in the development schedule for landing technologies to optimize for risk, reward and cost

2. The Company shall have the right to instruct the Employee to change his duties or the place of work from time to time during Employment Term. Those changes shall be in writing, mutually signed by both Company and Employee. The Company shall cover the cost of place of work change, if applicable.

Article 4    (Work Hours and Holidays)

Work hours and holidays shall be in accordance with the work rules (*Shugyokisoku*) and other internal rules of the Company (the "Company Work Rules"). In addition to holidays, Employee shall get 3 (three) weeks paid vacation per year.

Article 5    (Salary and Bonus)

1. The initial salary of the Employee shall be JPY 650,000 plus US$ 6,500 per month (the "**Salary**").  The payment date shall be on the 20th day of each month (the "**Payment Date**"); withholding tax and social insurance premiums deducted observing relevant laws and regulations.
2. The Company may pay bonuses to the Employee, taking into consideration the business performance of the Company and the contribution of the Employee.  The Company shall have the sole discretion to decide the amount, payment date, payment methods and other terms and conditions of such bonuses.
3. The Company will make efforts to raise the Employee's Salary upon the successful completion of each round of fund-raising in the future. The amount of salary increase will be commensurate with the updated Company salary structure. Employee's housing and air ticket allowances specified below in Article 6 are in addition to Employee's salary.

T.H.   M.R.

The Salary portion of compensation vs. the successful amount of funds raised by the Company may be as follows:

| Amount of Funds Raised | Amount of Salary |
|---|---|
| below JPY 1,000,000,000 | JPY 1,300,000 per month |
| Above JPY 1,000,000,000 | JPY 1,500,000 per month |
| Above JPY 5,000,000,000 | JPY 1,800,000 per month |
| Above JPY 10,000,000,000 | JPY 2,000,000 per month |

4. Any payment from the Company to the Employee including salary, bonus and allowances hereunder shall be made into bank accounts designated by the Employee.

Article 6    (Other Allowances and Benefits)

1. The Employee shall be entitled to receive the following allowances and benefits in addition to salary and bonus discussed in Article 5 above:

   a) Company will cover Service apartment cost for 3 months before Employee finds a house in Japan.

   b) Company will cover 70% of house rent cost (about $2,500/month).

   c) Company will cover key money (礼金) and deposit cost (敷金) for house rent.

   d) Company will reimburse air tickets (U.S. - Japan) for 5 persons x 2 times each per year.

   e) Company will reimburse moving cost up to $10,000 including air ticket, transportation cost from U.S., furniture, electric products, etc.

   f) Company will grant stock option to Employee representing 2.5% of the Company for VP at signing of this contract.

2. It is confirmed and acknowledged that the Employee shall not be entitled to any other benefits, payments or disbursements unless specified in the Company's internal rules or separately agreed in writing between the Company and the Employee.

Article 7    (Social Insurance)

The Employee shall enroll in the Health Insurance, Workers' Pension, Unemployment Insurance and Work Accident Compensation Insurance pursuant to the Japanese laws.

T.H, MR.

Article 8   (Observance of Company's Regulations and Employee's Oath)
1. Simultaneously with the execution of this Agreement, the Employee shall sign and submit the Employee's oath (the "**Oath**") attached hereto, which shall constitute an integral part of this Agreement.
2. The Employee shall observe the instructions of his superior(s) in the Company (the Company's President and CEO), as well as this Agreement, the Oath and the Company Work Rules.

Article 9   (No Previous Obligations)
The Employee represents that the Employee is not a party to any agreement which would be inconsistent with the Employee's employment by the Company, including any non-competition agreement between any past employer, and agree that the Employee will not disclose to or use for the Company any trade secret and/or confidential business information of any past employer.

Article 10   (Other Terms and Conditions)
The terms and conditions of the employment not covered in this Agreement shall be in accordance with the applicable laws and the Company Work Rules.

Article 11   (Governing Law and Jurisdiction)
This Agreement shall be governed by and construed in accordance with the laws of Japan. Any and all disputes between the parties arising in connection with this Agreement shall be subject to the exclusive jurisdiction of the Tokyo District Court as the court of first instance.

Article 12   (Language)
English shall be the original language of this Agreement, and the Japanese version is only for reference.

IN WITNESS WHEROF, the parties hereto have caused this Agreement to be executed in duplicate, effective as of the date below written, each retaining one (1) copy thereof.

July 26, 2016

The Company: ispace, Inc.
  Name: Takeshi Hakamada
  Title:  Chief Executive Officer

The Employee:
  Name: Mohamed Ragab