## Employment Agreement

ispace, Inc. (hereinafter the "**Company**"), located at Sumitomo Shibakoen Building 10F, 2-7-17 Shiba, Minato-ku, Tokyo, Japan, and Dr. Mohamed Ragab (the "**Employee**") having his residence at 5-18-17-1102, Roppongi, Minato-ku, Tokyo hereby agree as follows (this "**Agreement**"):

Article 1   (Employment)

Upon the terms and subject to the conditions of this Agreement, the Company hereby employs the Employee and the Employee hereby accepts such employment by the Company.

Article 2   (Employment Term)

1. The term of employment shall commence from January 1, 2019, and shall be for indefinite term (the "**Employment Term**").

Article 3   (Job Description)

1. The Employee shall be employed by the Company in the position of VP, Technology Partnership, reporting to the Chief Executive Officer (CEO) at Tokyo, Japan. The Employee shall be assigned the following duties:

    A. Organize technical alliances for the lunar transportation and space resources business and with a goal to secure sales or cost reduction by at least 500M JPY per year for the Company
    B. Advise the CEO on technology partnership with external organizations for business success
    C. Advise on mid- and long-term technical development strategies
    D. Participate in international conferences and represent the Company with external organizations
    E. Provide business and technical support to business development and communication teams
    F. Help assess new business pipeline such as payload customer requirements and payload delivery and data service opportunities
    G. Develop and maintain relationships with senior level of international partners
    H. Lead negotiations of business terms with significant international suppliers and partners

Ex. 3

   I. Act as internal consultant and advise other employees on their questions

   J. Represent the company's subsidiaries as VP, Technology Partnership

2. The Company shall have the right to instruct the Employee to change his duties or the place of work from time to time during Employment Term. Those changes shall be in writing, mutually signed by both Company and Employee. The Company shall cover the cost of place of work change, if applicable.

Article 4 (Work Hours and Holidays)

Work hours and holidays shall be in accordance with the work rules (*Shugyokisoku*) and other internal rules of the Company (the "Company Work Rules").

Article 5 (Salary and Bonus)

1. The salary of the Employee shall be JPY 1,833,334 per month (the "**Salary**").  The payment date shall be on the last day of the current month (the "**Payment Date**"); withholding tax and social insurance premiums deducted observing relevant laws and regulations.

2. The Company may pay bonuses to the Employee, taking into consideration the business performance of the Company and the contribution of the Employee.  The Company shall have the sole discretion to decide the amount, payment date, payment methods and other terms and conditions of such bonuses.

3. Any payment from the Company to the Employee including salary, bonus and allowances hereunder shall be made into bank accounts designated by the Employee.

Article 6 (Other Allowances and Benefits)

1. The Employee shall be entitled to receive the following allowances and benefits in addition to salary and bonus discussed in Article 5 above:

  a) The employee shall live in company apartment.

  b) Company will reimburse air tickets (U.S. - Japan) for 5 persons x 2 times each per year.

  c) The employee retains all stock option rights granted to him per his original employment agreement dated July 26, 2016.

2. It is confirmed and acknowledged that the Employee shall not be entitled to any other benefits, payments or disbursements unless specified in the Company's internal rules



or separately agreed in writing between the Company and the Employee.

Article 7    (Social Insurance)

The Employee shall enroll in the Health Insurance, Workers' Pension, Unemployment Insurance and Work Accident Compensation Insurance pursuant to the Japanese laws.

Article 8    (Observance of Company's Regulations and Employee's Oath)

1. Simultaneously with the execution of this Agreement, the Employee shall sign and submit the Employee's oath (the "**Oath**") attached hereto, which shall constitute an integral part of this Agreement.
2. The Employee shall observe the instructions of his superior(s) in the Company as well as this Agreement, the Oath and the Company Work Rules.

Article 9    (No Previous Obligations)

The Employee represents that the Employee is not a party to any agreement which would be inconsistent with the Employee's employment by the Company, including any non-competition agreement between any past employer, and agree that the Employee will not disclose to or use for the Company any trade secret and/or confidential business information of any past employer.

Article 10    (Other Terms and Conditions)

The terms and conditions of the employment not covered in this Agreement shall be in accordance with the applicable laws and the Company Work Rules.

Article 11    (Governing Law and Jurisdiction)

This Agreement shall be governed by and construed in accordance with the laws of Japan. Any and all disputes between the parties arising in connection with this Agreement shall be subject to the exclusive jurisdiction of the Tokyo District Court as the court of first instance.

Article 12    (Language)

English shall be the original language of this Agreement, and the Japanese version is only for reference.



IN WITNESS WHEROF, the parties hereto have caused this Agreement to be executed in duplicate, effective as of the date below written, each retaining one (1) copy thereof.

This Agreement may be otherwise executed by and through electronic signature, including but not limited to DocuSign. Such electronic signature is binding for all purposes hereof.

January 31, 2019

The Company: ispace, Inc.
    Name: Takeshi Hakamada
    Title:   Chief Executive Officer

*/s/ Takeshi Hakamada* (DocuSigned, C8FA07B1069C4B3...)
1/30/2019

The Employee:
    Name: Mohamed Ragab

*/s/ Mohamed Ragab* (DocuSigned, F194F776167F42C...)
1/30/2019